**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-MC-00117**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE )
FROM THE THIRTEENTH FAMILY COURT )
OF ORALITY OF CALI, COLUMBIA IN )
*PAOLA ANDREA ZAPATA CHAVEZ vs.* )
*NICHOLAS MEJIA CUELLAR* )
Ref. No. S-GACCJ-26-021383 )

**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

NOW COMES Russ Ferguson, United States Attorney for the Western District of North Carolina, by the undersigned Assistant United States Attorney, Janice Powers, and petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Janice Powers, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Wells Fargo Bank, N.A. Certain information has been requested by the THIRTEENTH FAMILY COURT OF ORALITY OF CALI, COLUMBIA ("Columbian Court") pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned *Paola Andrea Zapata Chavez vs. Nicholas Mejia Cuellar*, Foreign Ref. No. S-GACCJ-26-021383. The basis for this Application is articulated in the Memorandum of Law filed with this Application. A proposed Order is also provided for the Court's convenience.

Respectfully submitted, this 15th day of September, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

By: *Janice Powers*

JANICE POWERS
Assistant United States Attorney
NC Bar No.: 60504
227 W. Trade St. - Suite 1650
Charlotte, NC 28202
M: (704) 344-6222
F: (704) 227-0248
E: janice.powers@usdoj.gov